```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 15314
   FRANK M TERMINI
   JANICE L TERMINI                              CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-1016    SSN XXX-XX-7264


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/16/2008 and was not confirmed.

     The case was dismissed without confirmation 09/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HARRIS BANK                CURRENT MORTG         .00           .00           .00
HARRIS BANK                UNSECURED        NOT FILED          .00           .00
HARRIS BANK                MORTGAGE ARRE    40000.00           .00           .00
HARRIS NA                  NOTICE ONLY      NOT FILED          .00           .00
HARRIS TRUST & SAVINGS     NOTICE ONLY      NOT FILED          .00           .00
SST                        SECURED VEHIC        .00            .00           .00
BARRINGTON ORTHOPEDIC SP   UNSECURED        NOT FILED          .00           .00
AMERICAN EXPRESS           UNSECURED        38664.78           .00           .00
BANK OF AMERICA NA         UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED         1190.97           .00           .00
COMED                      NOTICE ONLY      NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        10583.09           .00           .00
MACYS RETAIL HOLDINGS      UNSECURED          383.41           .00           .00
HSBC                       UNSECURED         9148.34           .00           .00
BARRINGTON ORTHOPEDIC      UNSECURED        NOT FILED          .00           .00
BARRINGTON ORTHOPEDIC      UNSECURED        NOT FILED          .00           .00
LOYOLA UNIVERSITY PHYS F   UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
NICOR GAS                  UNSECURED        NOT FILED          .00           .00
LVNV FUNDING               UNSECURED         7563.90           .00           .00
TARGET NATIONAL BANK       UNSECURED          820.44           .00           .00
US BANK/FIRSTAR BANK       UNSECURED        54152.50           .00           .00
RANDOLPH ST PARTNERS LLC   NOTICE ONLY      NOT FILED          .00           .00
SYSTEMS & SERVICES TECHN   NOTICE ONLY      NOT FILED          .00           .00
US BANK                    SECURED NOT I    28325.39           .00           .00
SYSTEMS & SERVICES TECHN   CURRENT MORTG        .00            .00           .00
SYSTEMS & SERVICES TECHN   SECURED NOT I     7887.60           .00           .00
US BANK/FIRSTAR BANK       UNSECURED          340.00           .00           .00
LEDFORD & WU               DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15314 FRANK M TERMINI & JANICE L TERMINI
```

```
--------------------------------------------------------------------------------
TRUSTEE                                               .00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                              ---------------    ---------------
TOTALS                                                  .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 15314 FRANK M TERMINI & JANICE L TERMINI